1   KEVIN V. RYAN, SBN 118321
    United States Attorney
2   JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    SARA WINSLOW, DCBN 457643
4   Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
7
    Attorneys for Defendant
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12   BARBARA LAWSON THOMAS,        )
                                   )
13          Plaintiff,             )   CIVIL NO.  05-01316 CRB
                                   )
14          v.                     )   STIPULATION AND ORDER
                                   )   APPROVING COMPROMISE
15   JO ANNE B. BARNHART,          )   SETTLEMENT OF ATTORNEY
     Commissioner of Social Security, )  FEES PURSUANT TO THE EQUAL
16                                 )   ACCESS TO JUSTICE ACT
                                   )
17          Defendant.             )
     _____)

18          The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with

19   defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20   counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21          1.  Defendant shall pay TWO THOUSAND NINE HUNDRED SEVENTY DOLLARS AND

22   FORTY CENTS ($2,970.40), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees

23   incurred in this court action.  The check is to be payable to plaintiff's counsel:

24                       JAMES H. MILLER
                    BOX 10891 GRAND LAKE STATION
25                       OAKLAND, CA 94610
                    (510) 451-2132 fax: 0824
26                      jimillaw@rcn/com

27          2.  This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not

28   constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

1   Act.

2        3.  Payment of the TWO THOUSAND NINE HUNDRED SEVENTY DOLLARS AND

3   FORTY CENTS ($2,970.40) EAJA fees incurred in this court action, will constitute a complete

4   release from and bar to any and all claims, rights, causes of action, liens or subrogated interests

5   relating to attorney fees or costs pursuant to the EAJA as a result of this court action.

6

7

8

9   Dated: February 21, 2006             /s/
                                     JAMES HUNT MILLER
                                   Attorney for Plaintiff

10

11                                    KEVIN V. RYAN
                                   United States Attorney

12

13

14

15   Dated: February 22, 2006      By:     /s/
                                     SARA WINSLOW
                                   Assistant United States Attorney

16

17   PURSUANT TO STIPULATION, IT IS SO ORDERED:

18

19

20

21   Dated:   February 23,2006

22                              CHARLES R. BREYER
                             United States Di

23

24

25 

26

27

28

THOMAS,  EAJA STIP (mpp)
C 05-01316 CRB          2